898

No. 01–5015. DOUGHERTY v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5016. ELROD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5017. McGRATH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5018. LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5019. WANN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5020. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5022. BRATTON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–5023. DOAK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5024. VAKSDAL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5025. WILSON v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–5026. VIZZINI v. MARYLAND. Cir. Ct. Baltimore City, Md. Certiorari denied.

No. 01–5027. McFADDEN, AKA McCOY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–5028. RAYA-RAMIREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5030. DRESSLER v. McCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–5031. PARRA-GONZALES, AKA PARRA GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.